United States Court of Appeals
Fifth Circuit

F I L E D

May 11, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————————

No. 03-30452

———————————————

PACE SHIPPING SERVICES NETWORK, S.A.

Plaintiff-Appellant-Cross-Appellee

versus

OCEAN D, M/V her engines, tackle, apparel, etc. formerly known as Haight M/V

Defendant-Appellee-Cross-Appellant

OCEAN PRIDE COMPANY LTD

Claimant-Appellee-Cross-Appellant

———————————————————————————————

Appeals from the United States District Court for
the Eastern District of Louisiana
(USDC No. 00-0475)

———————————————————————————————

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

After this case was set for oral argument, the parties filed a joint motion stating that "the parties wish to waive oral argument in this matter and submit it on the briefs, exhibits, and the record herein." Upon reviewing the briefs, exhibits, and the record, we conclude that the parties have not raised any pertinent questions of law; and that the multiple factual issues disputed by the parties were

———————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

decided by the district court without clear error, for the reasons assigned by the district court.

Accordingly, the judgment of the district court is AFFIRMED.